IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-687-CR





RODDY TRUITT ETHRIDGE,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE



 



FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY



NO. 37029-1, HONORABLE TIMOTHY G. MARESH, JUDGE PRESIDING



 





PER CURIAM


 This is an appeal from a conviction for criminal nonsupport. Punishment was
assessed at a $500 fine.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b). 


Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed On Appellant's Motion

Filed: December 14, 1994

Do Not Publish